UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>RONALD WAYNE TYSON,<br>　　　　Defendant. | Case No. 86-cr-00271-SC-1   (EMC)<br><br>**ORDER TO SHOW CAUSE**<br>Docket No. 69 |

Before the Court is the motion of Defendant Ronald Wayne Tyson for an order under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence on the ground that his sentence has been rendered invalid by the Supreme Court's holding in *Johnson v. United States*, 135 S. Ct. 2551 (2015).

Unfortunately, Mr. Tyson's motion does not contain sufficient substantive argument as to how or why his case is impacted by *Johnson*. While the Court appreciates that Mr. Tyson is proceeding pro se, it still needs more specific analysis from him in order for the Court to determine whether he has a colorable claim such that an answer from the government is merited.

Accordingly, the Court hereby orders Mr. Tyson to show cause as to how or why his case is affected by *Johnson*. For example, Mr. Tyson should identify the crime(s) of which he was convicted and describe the basic facts regarding the crime(s). He should also explain how he received an enhanced sentence under the Armed Career Criminal Act – *i.e.*, that he was so sentenced pursuant to the Act's unconstitutional residual clause. Alternatively, to the extent Mr. Tyson is claiming that *Johnson* also renders the identically worded residual clause in the Career Offenders Guidelines, § 4B1.2(a)(2), unconstitutional, he should explain how he was deemed a career offender pursuant to that residual clause.

Mr. Tyson shall have until September 6, 2016 to file a response to this order to show cause. If Mr. Tyson does not file a response to this order to show cause, then the Court shall deny his motion to vacate, set aside, or correct his sentence.

Courtesy copies of this order shall be mailed to the U.S. Attorney's Office (Brian Stretch), and the Federal Public Defender (Steven Kalar).

**IT IS SO ORDERED**.

Dated: July 6, 2016

_____
EDWARD M. CHEN
United States District Judge